UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **EDWARD WIGGINS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 14, 2005, within the District of Columbia, **EDWARD WIGGINS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT TWO

On or about November 8, 2006, within the District of Columbia, **EDWARD WIGGINS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable

amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT THREE

On or about November 16, 2006, within the District of Columbia, **EDWARD WIGGINS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.