## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**    :      **Criminal Case No. 07-054 (RMU)**

    **v.**            :

                      :      **FILED**

**EDWARD WIGGINS,**      :

                      :      JUL 1 3 2007      **UNSEALED**

    **Defendant.**        :

                      :    NANCY MAYER WHITTINGTON, **CLERK**
                              U.S. DISTRICT COURT

### GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the instant case and the indictment be unsealed. As grounds for this response, the Government states as follows:

1.    The indictment in this case was originally filed under seal on March 13, 2007, and a bench warrant was issued on that date for the defendant's arrest by United States District Court Judge Ricardo M. Urbina.

2.    As a result of the defendant's July 12, 2007 arrest, pursuant to the above warrant, the Government respectfully requests that this case and the indictment be unsealed by order of the Court.

**WHEREFORE**, the United States respectfully requests that this case and the indictment be unsealed.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    D.C. BAR NO. 498-610

By:          _____

                    AARON H. MENDELSOHN
                    ASSISTANT UNITED STATES ATTORNEY
                    D.C. BAR NO. 467-570

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Motion to Unseal has been served upon counsel for the defendant this 13th day of July, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY