UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 07-054 (RMU) |
| v. : | |
| EDWARD WIGGINS, : | UNSEALED   FILED |
| Defendant. : | JUL 13 2007 |
| _____ : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's motion to unseal, and the entire record in this case, and for good cause shown, the Court hereby orders that this case and the indictment be unsealed.

THEREFORE, it is this 13th day of July, 2007, hereby

ORDERED that this case and the indictment be unsealed.

_____
DEBORAH A. ROBINSON
JUDGE, UNITED STATES DISTRICT COURT

Copies to:

Aaron H. Mendelsohn, Esq.                Defense Counsel
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530