# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

**UNITED STATES DISTRICT COURT** — **FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

SEALED

EDWARD WIGGINS

**DOCKET NO:** 07-054

**MAGIS. NO:**

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED:** Edward Wiggins

UNSEALED

**FILED JUL 1 3 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DOB:**     **PDID:**

**WARRANT ISSUED ON THE BASIS OF:** INDICTMENT

**DISTRICT OF ARREST:**

**CITY:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 21:841(a)(1) and 841(b)(1)(B)(iii)

**BAIL FIXED BY COURT:**

**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** MAGISTRATE JUDGE FACCIOLA

**SIGNATURE (JUDGE/MAGISTRATE JUDGE):** U.S. MAGISTRATE JUDGE FACCIOLA

**DATE ISSUED:** 3/13/07

**CLERK OF COURT:** Nancy Mayer-Whittington

**BY DEPUTY CLERK:** [signature]

**DATE:** 3/13/07

### RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 07/13/07
**DATE EXECUTED:** 07/13/07
**HIDTA CASE:** Yes [ ]   No [X]

**NAME AND TITLE OF ARRESTING OFFICER:** D. L. BALDWIN, DB/DUSM

**SIGNATURE OF ARRESTING OFFICER:** [signature]

**OCDETF CASE:** Yes [ ]   No [X]