UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Crim. No. 07 - 054  (RMU)** |
| | ) | |
| **EDWARD WIGGINS** | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Edward Wiggins in this case, nunc pro tunc to July 13, 2007, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Edward Wiggins

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel this    17th    day of July,  2007.

         /s/
Howard B. Katzoff