## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                    v.            :          Criminal Action No.: 07-0054 (RMU)
                                  :
EDWARD WIGGINS,                   :
                                  :
                    Defendant.    :

**FILED**

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### O R D E R

It is this 27th day of August 2007,

**ORDERED** that an interim ~~status~~ plea status conference is scheduled for Sept. 18, 2007 at 11:45 .

**SO ORDERED**.


_____
Ricardo M. Urbina
United States District Judge