UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CR. NO. 07-054 (RMU)** |
| | ) | |
| | ) | |
| **EDWARD WIGGINS** | ) | |

**DEFENDANT'S CONSENT REQUEST FOR A PRE-PLEA PRELIMINARY
CRIMINAL HISTORY REPORT BY THE UNITED STATES PROBATION OFFICE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Defendant, through undersigned counsel, and respectfully requests that this Court order the United States Probation Office to prepare a preliminary pre-plea criminal history report. In support of this request defendant states as follows:

1. On or about March 13, 2007, the defendant was indicted on a three count indictment charging narcotics violations. On or about July 13, 2007, the defendant was arraigned before Magistrate Judge Robinson, and the status hearing was scheduled before Your Honor on August 27, 2007.

2. At the status hearing the parties advised the Court that plea negotiations had been fruitful, and that it was likely a plea agreement would be reached in the case. A hearing was scheduled for September 18, 2007 for the possible plea, or for a further status hearing.

3. Following the hearing the parties had discussions regarding the defendant's projected criminal history. Defendant has a number of very dated convictions, the most recent being approximately 1985. Thus the parties are uncertain about the defendant's criminal history, and believe it will be helpful to have a preliminary criminal history report prepared in this case prior to the scheduled plea.

- 2 -

4.  Undersigned counsel spoke with a supervisor at the United States Probation Office, who indicated that the Probation Office routinely prepares such reports when so ordered by the Court.  In addition, since Mr. Wiggins' record appears to be local, counsel was advised that the report should be available on or before September 14th , prior to the scheduled hearing on September 18th.

5.  The government consents to the defendant's request.

WHEREFORE, for the reasons set forth above, the Defendant respectfully requests that the Court order the United States Probation Office to prepare a preliminary pre-plea criminal history report, and provide copies to the parties on or before September 14th.

Respectfully submitted,

Howard B. Katzoff (Bar # 348292)
717 D Street,  NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Edward Wiggins

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon AUSA Aaron Mendelsohn, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530, this    27th     day of August, 2007.

_____
Howard B. Katzoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Crim. No. 07 - 054 (RMU)** |
| ) | |
| **EDWARD WIGGINS** ) | |
|   **Defendant.** ) | |

## ORDER

_____The Court has considered defendant's consent request for the United States Probation Office to prepare a pre-plea preliminary report regarding Edward Wiggins' criminal history, and the entire record in this matter, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ Day of \_\_August_____, 2007,

**ORDERED** that the United States Probation Office shall prepare a preliminary report regarding Edward Wiggins' criminal history, and provide it to the Court and the parties on or before September 14, 2007.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Aaron Mendelsohn, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Pre-Sentence Investigation Unit
United States Probation Office
United States District Court - 2nd Floor