UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 07 - 054 (RMU) |
| | ) | |
| **EDWARD WIGGINS** | ) | |
| Defendant. | ) | |

## ORDER

The Court has considered defendant's consent request for the United States Probation Office to prepare a pre-plea preliminary report regarding Edward Wiggins' criminal history, and the entire record in this matter, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this 27th Day of August, 2007,

**ORDERED** that the United States Probation Office shall prepare a preliminary report regarding Edward Wiggins' criminal history, and provide it to the Court and the parties on or before September 14, 2007.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Aaron Mendelsohn, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Pre-Sentence Investigation Unit
United States Probation Office
United States District Court - 2nd Floor