UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No.: 07-0054 (RMU) |
| : | |
| EDWARD WIGGINS, : | |
| : | **FILED** |
| Defendant.   : | |

**ORDER**

FILED
OCT 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 1st day of October 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for September 18, 2007 is hereby **VACATED** and **RESCHEDULED** for a plea hearing on October 2, 2007 at 3:30 p.m.

**SO ORDERED**.

---
Ricardo M. Urbina
United States District Judge