IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Criminal No.: 07 - 054  (RMU) |
| | : |
| | : |
| **EDWARD WIGGINS** | : |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING AND TO ENLARGE TIME TO FILE SENTENCING MEMORANDUM AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court for a brief continuance of the sentencing in this case, and for an enlargement of time to file defendant's sentencing memorandum.  In support of this motion defendant states as follows:

1. On or about October 2, 2007, the defendant pled guilty to one count of distribution of 5 grams or more of cocaine base.  Sentencing was scheduled for January 7, 2007, and a pre-sentence report was ordered.

2. On or about December 12, 2007, undersigned counsel was notified that the final Pre-sentence report (PSR) was available.  Undersigned counsel intended to file defendant's sentencing memorandum by December 21st.  However, due to pressing professional and personal obligations, counsel was unable to file the sentencing memorandum that day.   Counsel expected to be able to file the memorandum on December 26th.

3. Unfortunately, counsel had a death in the family over the weekend.  As a result, counsel now has to spend his time making funeral and travel arrangements, and will be required to be out of town from December 26th until January 1st.  Therefore, counsel will be unable to file the sentencing memorandum until he returns to the jurisdiction the first week of January.

- 2 -

4. Wherefore, counsel respectfully requests an enlargement of time to and including January 4, 2008, within which to file the defendant's sentencing memorandum. Counsel further requests that the sentencing be continued for approximately 10 days to afford the government a reasonable opportunity to reply to the memorandum, if necessary, and to afford the Court sufficient time to review any sentencing issues presented.

5. Counsel was unable to contact government counsel to find out the government's position on this motion, or to propose mutually agreeable dates for the sentencing because government counsel will be out of the office this week. Counsel would note that he can be available any time on January 16th, 17th, or 18th.

6. Counsel has discussed with Mr. Wiggins the need for a continuance, and its affect on his speedy sentencing rights. Mr. Wiggins authorized counsel to represent that he consents to the continuance.

WHEREFORE, for all the reasons set forth above, and in the interest of justice, the Defendant respectfully requests that the Court vacate the currently scheduled sentencing date in the above-captioned case, re-schedule the sentencing on a mutually agreeable date, and grant defendant leave to file his sentencing memorandum on or before January 4, 2008.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Edward Wiggins

- 3 -

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing motion has been served electronically upon AUSA Jean Sexton, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, this ___24th___ day of December, 2007.


                                                   __/s/_____
                                                   Howard B. Katzoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : **Criminal No.: 07 - 054  (RMU)** |
| | : |
| | : |
| **EDWARD WIGGINS** | : |

**ORDER**

This Court has considered the Defendant's Motion to Continue Sentencing and to Enlarge Time For Defendant to File his Sentencing Memorandum, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____ 2007,

ORDERED, that Defendant's motion is hereby GRANTED and it is

FURTHER ORDERED that the January 7, 2007 sentencing date is hereby vacated, and shall be re-set for _____, 2008, at _____ A.M. / P.M.; and it is

FURTHER ORDERED that the defendant is granted leave to file his sentencing memorandum on or before January 4, 2008.

_____
RICARDO M. URBINA
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.   Suite 310
Washington, D.C.  20004

Jean Sexton, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530