## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :        Criminal Action No.:  07-054 (RMU)
                                  :
EDWARD WIGGINS,                   :
                                  :
              Defendant.          :

**FILED**

**DEC 2 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### O R D E R

It is this 26th day of December 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for

January 7, 2008 is hereby **VACATED** and **RESCHEDULED** for January 17, 2008 at 2:30 p.m.

Defendant's memorandum on sentencing is due on January 4, 2008.

**SO ORDERED**.


_____
Ricardo M. Urbina
United States District Judge