UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 07-054 (RMU) |
| | ) Sentencing: 01/17/08 |
| | ) |
| EDWARD WIGGINS | ) |

## NOTICE OF FILING

COMES NOW the defendant, by and through undersigned counsel, and respectfully submits the attached character letters in support of the previously filed sentencing memorandum.

Respectfully submitted,

_/s/_____
Howard B. Katzoff (Bar# 348292)
717  D Street, N.W.,  Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Edward Wiggins


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing and attached character letters were electronically served on the Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., 5th Floor, Washington, D.C. 20530, and hand delivered to to U.S Probation Officer Michael Penders, 333 Constitution Avenue, N.W., 2nd Floor, Washington, D.C. 20001, this _7th_ day of _January_, 2008.

_/s/_____
Howard B. Katzoff

October 17, 2007

Dear Honorable Judge

    This letter is being offered as a character reference letter for Mr. Edward Wiggins. Mr. Wiggins came to this community as a maintenance staff person. He was always polite and very helpful in the community, this spread very quickly. Everybody was talking about Mr. Ed. When you do good things good things happen to you and for you. After working here for approximately one year Mr. Wiggins became the Maintenance supervisor. The tenant association and management felt that he was well deserving of this position. The resident of Oxford Manor is very comfortable with Mr. Wiggin coming into their home. Mr. Ed has proved to be a faithful and loyal community driven person. The Oxford Manor Tenant Association and other residents of the community speak very highly of him and would like to ask that leniency be shown on his behalf.

    The property underwent a major renovation as to where the residents were moved from their homes into a hospitality suite and then back to their homes. The residents were not comfortable with this. The Management staff, Maintenance staff and the Tenant Association worked together to make sure this was a smooth transition. During the event Mr. Wiggins was working long and hard hours sometime 12 hours days. He was there when the mover's came to pack your units, he was there to make sure your personal items were stored correctly and he was there to make sure you were set up proper in your new home for a period of 6 weeks. This entire process took about a year and Mr. Ed Wiggins was faithful to the cause. Mr. Wiggins went far beyond the call of duty.

    When the Maintenance supervisor position came available, we (OMTA) went to management stating that it was felt he should be given the opportunity to see if he could fill the shoe, at least give him a try. He was promoted to the position and we have no regrets.

    On behalf of the Oxford Manor Tenant Association and the Oxford Manor Community, we ask that you would consider our request to not remove Mr. Wiggins from our community and ask if at all possible maybe have him stay at a half way house and work in this community during the normal business day hours and report to a halfway house in the evenings.

    Should you have any further questions regarding this request, this statement or any additional information please feel free to contact me personally (202) 329-1843. Thank you in advance for considering this request and acknowledging this letter.

Sincerely,

*Zelma Williams*, President (OMTA)

October 18, 2007

To Whom It May Concern:

My name is Mrs. Denise Hawkins-Jones, and this is a character letter for Mr. Edward Wiggins. I have known Edward since Elementary School. He's the Godfather of my oldest daughter. I've always known Edward to be a straight forward kind of person who would give you his honest opinion on any subject matter. We played together as children and I have always considered him as my protector, especially if the guys in the neighborhood disrespected me even in a playful manner. Edward is the head engineer in my apartment complex and we all respect him. I have a teenage son who he looks out for and reefers to him as his nephew.

I'm very close to his son's family and they speak very highly of him as being a great father who loves and takes care of his child. I don't know the extent of his situation, but I told him that he could count on me without any questions. I know that my mother is writing a letter also.

Sincerely,

*Mrs. Denise Hawkins-Jones*

Mrs. Denise Hawkins-Jones

OCTOBER 23, 2007

TO WHOM IT MAY CONCERN, I AM WRITING THIS LETTER ON BEHALF MR. EDWARD WIGGINS. I HAVE KNOWN MR. WIGGINS FOR OVER 10YRS. I HAVE ALWAYS KNOWN HIM TO BE A MAN OF HIS WORD. MR. WIGGINS IS NOT ONLY MY PROPERTY FORMAN HE IS A FRIEND I HAVE RELIED ON MR. WIGGINS FOR A NUMBER OF THINGS, SUCH HIS ABILITY TO COMFORT WHEN THERE IS A PROBLEM, ALWAYS GOING OUT OF HIS WAY TO STAY A LITTLE LONGER THEN NEED BE WHEN NO ONE ELSE WOULD BE WILLING TO DO SO. SO IN ENDING

I WILL ALWAYS RECOMMEND MR WIGGINS IN WHAT EVER SITUATION THAT MIGHT AROUSE. THIS MAN IS A VERY UPLIFTING AND VERY GOOD PERSON. I WISH HIM WELL IN WHAT EVER OPPORTUNTIES AFFORDED TO HIM.

WITH DEEPEST LOYALITY

DARLENE EDDY

2607 BOWEN RD SE #102

(202) 678-4519

November 11, 2007

To whom it my concern:

My name is Donna Morris. I am a personal friend of Mr. Wiggins and also a co-worker. I have worked with Edward over 4 years and I must say he's a hard working and caring individual. He's very helpful and gets along wonderfully with my other coworkers. He's never missed a day at work and is always willing to help the residents at the property where he works. I feel given the chance Edward could prove to be a positive symbol in his community.

On the personal side of this, Edward is a devoted father and spends quality time with his family. I have been places with the Wiggins family and have seen how Edward has taken his 3 sons out to the movies, family gatherings and sports events.

I'm asking the court to take his family and especially his kids into consideration with rendering your judgment.

Respectfully,

Donna Morris

202-409-3703

December 10, 2007

Dear Judge,

       I have known Edward Wiggins for the past nine years and he has always been a hard working man and very family oriented. The only thing that I see him do is work and go home to his family. I always ask Edward what do you do for recreation his answer is always work hard. Edward is very good with his children as well as my own always giving my daughter sound advice about how important that her education is to her. Always active with his children on the weekends and taking time out of his busy work day to take his children to school everyday and pick them up

       I remember only knowing Edward for a short time and I had lost my job and was about to get evicted I had to pay the rent so that meant that me and my children and grandson would not have any food to eat. I made a phone call to the one person that I knew would not let me down and sure enough the next thing I knew he was calling me on the phone to come out to the car and to my surprise he had went to the grocery store and purchased everything that he thought I would need for me and my family. I thought that he would bring me cash to get what I needed, but him knowning that I did not have a car at the time he took the time to do the shopping for me as he does for his own family. Everyday I get a call from him and he just wants to know how my day is going and if my daughter is still on the right track. I respect him as a man and a friend.

Thank you

*[signature]*

Thomason Todd

December 10, 2007

Dear Judge,

       I have known Edward Wiggins for the last year and a half and from knowing him this long I have come to realize that he is truly a good man and great father. I have watched him over the last year and I see a caring father to his children and a great friend. There was never a time when I needed something and he did not come thru for me. And to conclude my letter this is truly the kind of man that you want as a friend.

Thank you

Tanya Coleman

*[signature: Tanya Coleman]*

3 January 2008


I have known Edward Wiggins in a variety of capacities for several years. He has been reliable and dependable engineer of Oxford Manor for the past several years since I have been a resident.

Edward is organized, efficient, extremely competent, and has an excellent rapport with people of all ages.


If you have any questions, please do not hesitate to contact me.

Sincerely,

Tracy McDowell

To Whom It May Concern

This letter is in reference to Mr. Edward Wiggins. My name is Romona E. Denson and I am a tenant at Oxford Manor Apt., I've known Mr. Edwards for at least 4 to 5 yrs. Mr. Ed reports to work every morning by 7am each day, Mr. Ed is kind, sweet, very reliable, respectful and no job is never too big or too small, he's the most reliable maintenance man here at Oxford Manor if we were to lose him no work would get done and also we will be losing a good friend, so for what it's worth, please give him a chance to prove himself cause there's no other like him.

Thank You
Romona E Denson
202-610-9596 hm
202-255-6838 cell