HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Edward Wiggins                                    Docket No.: CR 07-54-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Edward Wiggins** having been sentenced, on January 17, 2008, on the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to __FCI, Ft. Dix__, in __Ft. Dix, NJ__ by 2 p.m., on __March 17, 2008__.

3/7/08
Date

RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                 DEFENDANT

Revised 6-2004